**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

99 SUTTON LENDER LLC,                                          Case Number: 1:22-cv-884-BMC

            Plaintiff,

  -against-

JOSEPH TORRES A/K/A JOSE I TORRES, JR.,

            Defendant.

---

## STIPULATION OF DISMISSAL, WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii), it is hereby stipulated and agreed  by and between the undersigned attorneys for Plaintiff, 99 Sutton Lender, LLC and Defendant, Joseph Torres A/K/A Jose I Torres, Jr. that the above entitled action is hereby dismissed without prejudice and without costs to any parties.

Dated:  New York, NY                  **COLE SCHOTZ P.C.**
         June 2, 2022

                                   By: */s/ Leo Leyva*_____
                                      Leo V. Leyva
                                      Jacob S. Frumkin
                                      Arnold P. Picinich
                                      *Attorneys for Plaintiff*
                                      1325 Avenue of the Americas
                                      Suite 1900
                                      New York, NY 10019
                                      (212) 752-8000

                                  **KUCKER MARINO WINIARSKY &**
                                  **BITTENS, LLP**

                                   By: */s/ Joel Shafferman*_____
                                      Joel M. Shafferman, Esq.
                                      *Attorneys for Defendant*
                                      747 Third Avenue, 12th Floor
                                      New York, New York 10017
                                      (212) 869-5030